United States District Court for the Western District of Kentucky          https://casemgt.kywd.circ6.dcn/CaseAssign.asp?Action=CRCA



# Case Assignment
# Standard Criminal Assignment

Case number **3:21CR-14-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 2/23/2021 6:43:44 PM
Transaction ID: 51111

Request New Judge          Return