USDC KYWD   - Minute Order (Rev. 08/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                         **PLAINTIFF**

**VS.**                                                  **CRIMINAL ACTION NUMBER: 3:21CR-14-DJH**

**JAMEKQUA HOLT**                                                                                **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

On March 5, 2021, Colin H. Lindsay, United States Magistrate Judge held an initial appearance on this matter via video conference.   Assistant United States Attorney Alicia Gomez appeared on behalf of the United States.   The defendant was present, in custody, at the Oldham County Detention Center.   The proceeding was digitally recorded.

At the initial appearance, the defendant acknowledged her identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein, and was advised of her rights.

The defendant advised the Court that she will retain counsel to represent her in this matter.

The United States did not move for detention. Accordingly,

**IT IS HEREBY ORDERED** that the defendant is released on a $25,000 unsecured bond with an order setting conditions of release.

**IT IS HEREBY ORDERED** that this matter is scheduled for arraignment proceedings via video conference on **March 9, 2021 at 1:30 p.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

This 8th day of March 2021

                                                   **ENTERED BY ORDER OF THE COURT:**
                                                   **COLIN H. LINDSAY**
                                                   **UNITED STATES MAGISTRATE JUDGE**
                                                   **JAMES J. VILT JR. CLERK**
                                                   **BY: /s/** *Theresa L. Burch* **- Deputy Clerk**

:15