# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**             **PLAINTIFF**

**VS.**             **CRIMINAL ACTION NUMBER: 3:21-CR-14-DJH**

**JAMEKQUA HOLT**             **DEFENDANT**

## **ORDER**

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge via video conference on March 9, 2021 for arraignment. Assistant United States Attorney Alicia Gomez appeared on behalf of the United States. The defendant appeared. Retained counsel was not present. The proceeding was digitally recorded.

The defendant requested appointed counsel. The Court questioned the defendant under oath regarding her ability to afford counsel and found her eligible for appointed counsel. The Court appointed David Mejia from the Criminal Justice Act attorney panel list to represent the defendant.

**IT IS HEREBY ORDERED** that this matter is **CONTINUED** to **March 11, 2021 at 1:00 p.m. via video conference** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

March 9, 2021

            **ENTERED BY ORDER OF THE COURT:**
            **COLIN H. LINDSAY**
            **UNITED STATES MAGISTRATE JUDGE**
            **JAMES J. VILT JR., CLERK**
            **BY: /s/** *Theresa L. Burch*, **Deputy Clerk**

:10