IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:21-CR-14-DSH |
| ) | |
| JAMEKQUA HOLT, ) | |
|     Defendant. ) | |

## NOTICE OF APPEARANCE OF COUNSEL

*Filed Electronically*

Please take notice that Attorney, David S. Mejia, does hereby enter his Appearance as CJA trial counsel for the Defendant, Jamekqua Holt, in the above-captioned case.

Respectfully submitted,

/s/ David S. Mejia
David S. Mejia
*Attorney for Jamekqua Holt*
310 E Broadway, Suite 201
Louisville, KY  40202
502-584-8991 - telephone
502-583-6977 - facsimile
david@dmejialaw.com

## CERTIFICATE OF FILING

It is hereby certified that the foregoing was electronically filed on March 12, 2021 with the United States District Court for the Western District of Kentucky at Louisville, *via* CM/ECF; and that all counsel of record was also electronically served on this date.

/s/ David S. Mejia
David S. Mejia