UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:21-cr-14-DJH |
| JAMEKQUA HOLT, | Defendant. |

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on March 29, 2021, with the following counsel participating:

    For the United States:    Alicia P. Gomez

    For the Defendant:    David S. Mejia

The Court and counsel discussed the procedural posture of the case. The parties informed the Court that discovery is ongoing. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Without objection by the parties, the trial of this matter, currently set for May 10, 2021, is **REMANDED** from the Court's docket. All pretrial dates and deadlines are **VACATED**.

(2) This matter is **SET** for a telephonic status conference on **April 16, 2021, at 1:30 p.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187.

(3) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), the Court finds that **the period of delay from March 29, 2021, to April 16, 2021, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The

Court finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny both the attorney for the government and counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

March 29, 2021

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

cc: Jury Administrator