UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                          Plaintiff,

v.                                                                    Criminal Action No. 3:21-cr-14-DJH

JAMEKQUA HOLT,                                                                                     Defendant.

\* \* \* \* \*

## ORDER

A change-of-plea hearing in this matter was originally set for June 21, 2021, but due to the unavailability of counsel the parties informed the Court that they were not prepared to proceed. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    The change-of-plea hearing in this matter originally set for June 21, 2021, is **REMANDED**, to be rescheduled by subsequent order.

(2)    This matter is **SET** for a telephonic status conference on **June 22, 2021, at 10:30 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187.

(3)    Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), the Court finds that **the period of delay associated with the postponement of the change-of-plea hearing is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny both the attorney for the government and counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See*

1

§ 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

June 21, 2021

David J. Hale, Judge
United States District Court