IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | CASE NO. 3:21-CR-14-DJH |
| JAMEKQUA HOLT,<br>　　　　Defendant. | )<br>) | |

## ORDER

*Electronically Filed*

This Court having reviewed David S. Mejia's Motion for Leave to File Motion to Withdraw as CJA Counsel, *under seal*; and the Court being fully advised;

IT IS HEREBY ORDERED that David S. Mejia's Motion for Leave to File Motion to Withdraw as CJA Counsel *under seal* is GRANTED.

June 23, 2021

David J. Hale, Judge
United States District Court