UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                             PLAINTIFF

V.                                                        CRIMINAL ACTION NUMBER: 3:21CR-14-DJH

JAMEKQUA HOLT                                                                     DEFENDANT

## O R D E R

This matter came before the Court on July 14, 2021 via video conference to conduct an initial appearance on bond violation petition. Assistant United States Attorney Alicia Gomez appeared on behalf of the United States. Defendant Jamekqua Holt appeared with John Llewellyn, appointed counsel. The proceeding was digitally recorded.

The defendant, through counsel, consented to proceed with this hearing via video conference.

The United States summarized the violations outlined in the petition. The Court discussed the violations with counsel and the defendant. The Court reminded the defendant that under the terms of her bond that she is required to comply with supervision as directed by United States Probation and that drug use is prohibited. Accordingly,

**IT IS HEREBY ORDERED** that the defendant shall remain on current conditions of bond. Additionally, the defendant shall comply as directed by United States Probation with regard to drug testing and drug treatment. The defendant is advised that non-compliance could result in the revocation of her bond.

July 16, 2021

:25

Colin H Lindsay, Magistrate Judge
United States District Court