UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                                Criminal Action No. 3:21-cr-14-DJH

JAMEKQUA HOLT,                                                                Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on July 21, 2021, with the following counsel participating:

    For the United States:    Alicia Gomez

    For Defendant:    John Llewellyn

The Court and counsel discussed the procedural posture of the case. The defendant recently received new appointed counsel. In light of this new appointment, both parties informed the Court that additional time was needed for defense counsel to review the discovery in the case. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** as follows:

(1)    By agreement of the parties, this matter is set for a telephonic status conference on **August 23, 2021, at 1:00 p.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#. Should the parties wish to convert the status conference to a change-of-plea hearing, they should advise Natalie Thompson no later than Friday, August 20, 2021.

(2) Without objection, and pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from June 21, 2021, to August 23, 2021, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

July 21, 2021

Court Time: 00/05
Court Reporter: Dena Legg

David J. Hale, Judge
United States District Court