UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA  PLAINTIFF

v.  CRIMINAL ACTION No. 3:21-CR-00014-DJH

JAMEKQUA HOLT  DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Ann M. Blaylock hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

*s/Ann Marie Blaylock*
Ann Marie Blaylock
Assistant U.S. Attorney
717 West Broadway
Louisville, KY 40202
PH: (502) 582-5911
Email: Ann.Blaylock3@usdoj.gov