UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| V. | ) | CRIMINAL ACTION NO. |
| | ) | 3:21-CR-00014 DJH |
| | ) | |
| JAMEKQUA HOLT | ) | DEFENDANTS |

**ORDER**

Motion having been made by the Defendant JAMEKQUA HOLT to continue the Sentencing Hearing now scheduled for Monday – December 20, 2021 and to continue all associated filing deadlines and the Court being sufficiently advised;

**IT IS HEREBY ORDER:** That the Sentencing Hearing now scheduled for Monday – December 20, 2021 is hereby continued and all associated filing deadlines are continued accordingly with the new sentencing hearing date to be scheduled.