UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                  Criminal Action No. 3:21-cr-14-DJH

JAMEKQUA HOLT,                                                                           Defendant.

* * * * *

## ORDER

Defendant Jamekqua Holt, through counsel, has moved the Court to continue the sentencing hearing currently set for December 20, 2021. (Docket No. 42) The United States does not object. (*Id.*) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)   The defendant's unopposed motion to continue sentencing (D.N. 42) is **GRANTED**.

(2)   The telephonic status conference scheduled for December 8, 2021, is **REMANDED**.

(3)   The sentencing hearing currently scheduled for December 20, 2021, is **RESET** for **February 24, 2022, at 9:30 a.m.,** at the Gene Snyder U.S. Courthouse in Louisville Kentucky.

December 8, 2021

David J. Hale, Judge
United States District Court

1