UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| vs. | ) | CRIMINAL ACTION NO. |
| | ) | 3:21-CR-00014 DJH |
| | ) | |
| JAMEKQUA HOLT, | ) | DEFENDANT |
| | ) | |

**UN-OPPOSED MOTION TO CONTINUE
SENTENCING HEARING
AND
ALL ASSOCIATED TIME DEADLINES**

*- Electronically Filed –*

Comes Defendant, JAMEKQUA HOLT, by Counsel, John J. Llewellyn, and moves this Honorable Court for an Order continuing the Sentencing Hearing now scheduled for Thursday, February 24, 2022, and to continue all associated filing deadlines.

The basis for Defendant's motion is due to the cancellation of the February 3rd court date in Jefferson District due to the February 3rd "Louisville Ice Storm." The February 3rd court date in state court was necessary to address circumstances regarding the Defendant's criminal history in this case.  As of the preparation of this motion Defendant's counsel has been unable to obtain information regarding a rescheduling of the new court date in state court.

Counsel has conferred with opposing counsel and this Motion is unopposed by the United States.

Counsel therefore respectfully requests this Honorable Court for an Order continuing the Sentencing Hearing now scheduled for Thursday, February 24, 2022, and to continue all associated filing deadline.

Respectfully submitted,

*/s/ John J. Llewellyn*
JOHN J. LLEWELLYN
Attorney for Defendant, JAMEKQUA HOLT
P. O. Box 93
Glenview, KY 40025-0093
(502) 585-5829
louellen@bluegrass.net

## **CERTIFICATE**

I hereby certify that on  Monday, February 7, 2022, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to the following:

Assistant United States Attorney:  Alicia.Gomez@usdoj.gov


/s/ *John J. Llewellyn*