UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| V. | ) | CRIMINAL ACTION NO. |
| | ) | 3:21-CR-00014 DJH |
| | ) | |
| JAMEKQUA HOLT | ) | DEFENDANTS |

**ORDER**

Motion having been made by the Defendant JAMEKQUA HOLT to continue the Sentencing Hearing now scheduled for Thursday, February 24, 2022, and to continue all associated filing deadlines and the Court being sufficiently advised.

**IT IS HEREBY ORDER:** That the Sentencing Hearing now scheduled for Thursday, February 24, 2022, is hereby continued and all associated filing deadlines are continued accordingly with the new sentencing hearing date to be scheduled.