UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                                                        CRIMINAL ACTION No. 3:21-CR-00014-DJH

JAMEKQUA HOLT                                                                                              DEFENDANT

## SENTENCING MEMORANDUM

The United States of America, by counsel, files its memorandum in support of sentencing in this action currently scheduled for May 23, 2022. For the reasons set forth below, the United States respectfully requests that this Court accept the plea agreement and impose a sentence at the low end of the guidelines for the defendant, Jamekqua Holt ("Holt").

On September 23, 2021, Holt pled guilty to a one-count indictment charging her with False Statement During the Purchase of a Firearm, in violation of 18 U.S.C. § 922(a)(6) and 18 U.S.C. § 924(a)(2). Pursuant to the plea agreement under Rule 11(c)(1)(B) of the Federal Rules of Criminal Procedure, the United States agreed to the following:

> (a) If at the time of sentencing, the defendant completes the following items, the United States will recommend a downward departure of 4 levels, and will recommend a sentence of probation:
> --Participates in an outpatient drug treatment program to the satisfaction of the probation office;
> --Successfully completes Home of the Innocents parenting course;
> --Maintains full-time employment; and
> --Does not test positive for any controlled substances.
>
> (b) If at the time of sentencing, the defendant does not complete the items in 11(a), the United States will recommend a sentence at the lowest end of the applicable Guideline Range;

> (c) recommend a fine at the lowest end of the applicable Guideline Range, to be due and payable on the date of sentencing.[1]
>
> (d) recommend a reduction of 2 levels below the otherwise applicable Guideline for "acceptance of responsibility" as provided by §3E1.1(a), provided the defendant does not engage in future conduct which violates any federal or state law, violates a condition of bond, constitutes obstruction of justice, or otherwise demonstrates a lack of acceptance of responsibility. Should such conduct occur and the United States, therefore, opposes the reduction for acceptance, this plea agreement remains binding and the defendant will not be allowed to withdraw her plea.
>
> -demand forfeiture of a Ruger, Model PC Charger, 9-millimeter handgun, bearing serial number 913-16283.

The United States Probation Office has prepared a Presentence Investigation Report (PSR), which concludes that the total offense level applicable to the offense should be 12. (DN 49, PSR at ¶ 36 Page ID # 131) The PSR also concludes that Ms. Holt's criminal history places her in Criminal History Category II. (*Id*. at ¶ 48, Page ID # 134) Based upon a total offense level of 12 and a criminal history category of II, the guideline imprisonment range is 12 to 18 months. (*Id*. at ¶ 67, Page ID # 139) The parties were notified by U.S. Probation that Ms. Holt tested positive for marijuana use. Hence, pursuant to the plea agreement, the United States recommends a sentence at the lowest end of the applicable Guideline Range, which is sufficient, but no greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553(a). The United States also believes that the Proposed Special Conditions of Supervision, as outlined in the PSR, are appropriate and necessary.

This Court must ultimately affix a sentence which is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553(a). It is the position of the

---

[1] The defendant acknowledges that she has read the Notice and Penalty Pages attached to the Indictment, and that she understands the interest and penalty provisions applicable to the fine imposed and included in the Judgment entered by the Court, said Notice and Penalty Pages are incorporated herein by reference.

United States that a sentence at the lowest end of the applicable Guideline Range would accomplish the sentencing purposes of 3553(a).

For the reasons set forth herein, the United States respectfully requests that the Court accept the plea agreement, apply the Sentencing Guidelines and the statutory directives set out in 18 U.S.C. § 3553(a), and impose a sentence at the lowest end of the applicable Guideline Range, followed by a term of supervised release.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

/s/ *Alicia P. Gomez*
Alicia P. Gomez
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
PH:  (502) 582-5911
FAX: (502) 582-5067

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

/s/ *Alicia P. Gomez*
Alicia P. Gomez
Assistant U.S. Attorney