UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| vs. | ) | CRIMINAL ACTION NO. |
| | ) | 3:21-CR-00014 DJH |
| | ) | |
| JAMEKQUA HOLT, | ) | DEFENDANT |
| | ) | |

### UN-OPPOSED MOTION TO CONTINUE SENTENCING HEARING AND ALL ASSOCIATED TIME DEADLINES

*- Electronically Filed –*

Comes Defendant, JAMEKQUA HOLT, by Counsel, John J. Llewellyn, and moves this Honorable Court for an Order continuing the Sentencing Hearing now scheduled for Thursday, June 2, 2022 @ 2:30PM, and to continue all associated filing deadlines.

Counsel believes circumstances now exist relative to pending Kentucky State Court proceedings that may impact Defendant's Criminal History Calculation and may impact the Defendant Guidelines Sentencing calculation.

Counsel has conferred with opposing counsel and this Motion is unopposed by the United States.

Counsel therefore respectfully requests this Honorable Court for an Order continuing the Sentencing Hearing now scheduled for Thursday, June 2, 2022 @ 2:30PM and to continue all associated filing deadlines.

Respectfully submitted,

/s/ *John J. Llewellyn*
JOHN J. LLEWELLYN
Attorney for Defendant, JAMEKQUA HOLT
P. O. Box 93
Glenview, KY 40025-0093
(502) 585-5829
louellen@bluegrass.net

## **CERTIFICATE**

I hereby certify that on Wednesday, June 1, 2022, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to the following:

Assistant United States Attorney: alicia.gomez@usdoj.gov
/s/ *John J. Llewellyn*