UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:21-cr-14-DJH

JAMEKQUA HOLT, Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A sentencing hearing was called in this matter on June 2, 2022, with the following counsel participating:

| | |
|---|---|
| For the United States: | Alicia Gomez |
| For Defendant: | John Llewellyn |

The defendant was present. Defense counsel asked that the defendant's sentencing be continued until certain expungement proceedings in state court that may impact the defendant's criminal history score are completed. (*See* Docket No. 56) The United States did not oppose defense counsel's request. Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The defendant's unopposed motion to continue the sentencing hearing (D.N. 56) is **GRANTED**. The sentencing hearing set in this matter is **CONTINUED**, to be reset by subsequent order.

(2) The defendant shall file a notice no later than **June 30, 2022,** advising the Court of the status of her state-court expungement proceedings and of any other relevant information that has been provided by her state-court counsel.

(3) This matter is **SET** for a telephonic status conference on **July 5, 2022, at 10:30 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering the access code 9073187.

June 3, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/15
Court Reporter: Dena Legg