UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| vs. | ) | CRIMINAL ACTION NO. |
| | ) | 3:21-CR-00014 DJH |
| | ) | |
| JAMEKQUA HOLT, | ) | DEFENDANT |
| | ) | |

**DEFENDANT'S FIRST SUPPLEMENT
TO
ORIGINAL SENTENCING MEMORANDUM**

*- Electronically Filed –*

Comes Defendant, JAMEKQUA HOLT, by Counsel, John J. Llewellyn, and for her Supplement to her Original Sentencing Memorandum and states.

## INTRODUCTION

On May 14, 2022, Defendant's Sentencing Memorandum was filed. [DN. 50].

**SUPPLEMENTS TO ORIGINAL SENTENCING MEMORANDUM**

**1. CLARIFICATION OF INFORMATION ORIGINALLY REPORTED IN THE INITIAL PRE-SENTENCE REPORT.**

At the occasion of Defendant's first PSR Interview Ms. Holt may have reported that her mother was not employed. Counsel has recently been able to confirm with Ms. Holt and with Holt's mother that since the occasion of giving this information as part of her PSR interview Ms. Holt's mother has gained full time employment. Mr. Holt's mother is a licensed Nursing Assistant, and she is presently working full time in the capacity of a Nursing Assistant.

Also, at the occasion of Ms. Holt's first PSR Interview she may have reported that she receives a Food Stamp allowance from her mother. Counsel has recently been able to confirm with Ms. Holt and with Holt's mother that since the occasion of giving this information as part of her PSR interview Ms. Holt is no longer receiving any type of Food Stamp allowance from her mother and currently she does not

receive any type of formal or regular financial assistance from her mother.

## 2.  LETTERS OF SUPPORT

At the time the Defendant's original Sentencing Memorandum was filed Ms. Holt's Letters of Support were not presented as an attachment to the Sentencing Memorandum.  Same are attached here as "**Attachment # 1 Letters of Support**" to the Defendant's Supplemental Sentencing Memorandum.

Respectfully submitted,

/s/ *John J. Llewellyn*
JOHN J. LLEWELLYN
Attorney for Defendant, JAMEKQUA HOLT
P. O. Box 93
Glenview, KY 40025-0093
(502) 585-5829
louellen@bluegrass.net

## CERTIFICATE

I hereby certify that on  Saturday, June 11, 2022, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to the following:

Assistant United States Attorney: alicia.gomez@usdoj.gov and ann.blaylock3@usdoj.gov

/s/ *John J. Llewellyn*