UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| vs. | ) | CRIMINAL ACTION NO. |
| | ) | 3:21-CR-00014 DJH |
| | ) | |
| JAMEKQUA HOLT, | ) | DEFENDANT |
| | ) | |

**DEFENDANT'S SUPPLEMENT TO ORIGINAL SENTENCING MEMORANDUM**

*- Electronically Filed –*

## *Attachment # 1 Letters of Support*

I Delle Henderson mother of Janekqua Holt. She is a wonderful mother, daughter, sister, auntie, granddaughter. She has changed her life around since last year. She is more independent more mature she loves to do family gathering and spend lots of time with her siblings. She takes them places to have fun with my granddaughter also love working and cooking

I know she learned from her mistake cause she changed into a very mature woman. She call's me everyday to talk about cooking and playing cards she enjoy my company. Shnekqua is a very smart young lady has her high school Diploma from Fairdale High She done taught me alot about computer's she has a lot of skills some of her jobs was working on computer

and she is very good at it.
She has a very good heart
And shows

To Whom It May Concern

Jamekqua Is A sweet Friend A Great Mother. Unfortunately Jamie has got Herself Jily In Something She Could not Have avoid it. She Graduate Fairdale High School In Has Always Mentioned A Good Job In Take What ever It Has Do whatever. I Dont Think this Jne the Fact that she The love Her Daughter Needs. Overall Jameisha Is A Great Person.

Hoskia White