# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                           **PLAINTIFF**

**VS.**                   **CRIMINAL ACTION NUMBER: 3:21-CR-14-DJH**

**JAMEKQUA HOLT**                 **DEFENDANT**

## ORDER

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge, by video, on November 22, 2022 to conduct an initial appearance on a petition for violation of supervised release.

APPEARANCES
For the United States:   Alicia Gomez, Assistant United States Attorney
For the defendant:       Defendant Jamekqua Holt - Present
Court Reporter:          Digitally recorded

The defendant consented to proceed with the hearing via video conference.

The Court questioned the defendant under oath regarding her ability to afford counsel and found the defendant eligible for appointed counsel. The Court appointed the Office of the Federal Defender to represent the defendant. Patrick J. Bouldin, Assistant Federal Defender, was present and accepted the appointment.

At the initial appearance, the defendant acknowledged her identity, was furnished with a copy of the petition, was advised of the allegations contained therein, and was advised of her rights.

The defendant, through counsel, having waived her right to a preliminary revocation hearing on the record,

**IT IS HEREBY ORDERED** that this matter is scheduled for a final revocation hearing on **December 1, 2022 at 9:30 a.m.** before the Honorable David J. Hale, United States District Judge.

At the recommendation of Probation and by agreement of the United States,

**IT IS FURTHER ORDERED** that the defendant shall remain under the terms and conditions of her supervised release pending further order of the Court.

Colin H Lindsay, Magistrate Judge
United States District Court

November 22, 2022

Copies: U.S. Attorney
U.S. Probation
Counsel for Defendant

| 0|10 |
|---|