UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:21-cr-14-DJH

JAMEKQUA HOLT,　　　　　　　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court for a final revocation hearing on December 1, 2022, with the following counsel participating:

　　　For the United States:　　　Alicia P. Gomez

　　　For Defendant:　　　Aaron M. Dyke (standing in for Patrick J. Bouldin)

The defendant was present. The United States asked that the final revocation hearing be continued for sixty days to monitor the defendant's compliance with the terms and conditions of probation. (*See* Docket No. 62) Defense counsel did not oppose the United States' request. Based on the discussion during the hearing, and by agreement of the parties, it is hereby

　　　**ORDERED** as follows:

　　　(1)　　The United States' unopposed motion to continue the final revocation hearing is **GRANTED**.

　　　(2)　　This matter is **SET** for a final revocation hearing on **February 1, 2023, at 11:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

　　　(3)　　The defendant shall remain under the terms and conditions of probation pending further order of the Court. (*See* D.N. 62)

December 1, 2022

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/20
Court Reporter: Lauren Gootee

1