UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                    Plaintiff,

v.                                                                    Criminal Action No. 3:21-cr-14-DJH

JAMEKQUA HOLT,                                                                    Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court for a final probation revocation hearing on February 6, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Alicia P. Gomez |
| For Defendant: | Aaron M. Dyke |

The defendant was present. Counsel reported that the parties had reached an agreement, to include defendant's stipulation to all reported violations of the terms and conditions of her probation. (*See* Docket No. 76) The Court accepted the agreement in part and sentenced accordingly. A revocation judgment will be entered separately. Based on the discussion during the hearing, and by agreement of the parties, it is hereby

**ORDERED** that Defendant Jamekqua Holt **SHALL REPORT** on **February 16, 2023**, at a time and place to be determined by the U.S. Marshals Service, for service of her sentence.

February 6, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/30
Court Reporter: Dena Legg

cc:     U.S. Marshals Service